UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONEATHE LEE, | NO. 2:23-cv-01216 JHC |
| Plaintiff, | |
| v. | ORDER |
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, | |
| Defendant. | |

This matter comes before the Court on the Defendant's Motion to Extend Dispositive Motion Deadline. Dkt. # 11. The Court has considered the motion, the balance of the record, and the governing law. Being fully advised, the Court rules as follows:

The deadline to file dispositive motions was July 1, 2024. Dkt. 10. The motion to extend was filed over two weeks *after* the deadline. *See* LCR 7(j) (such a motion to extend "should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline"). And it does not suggest that it was impossible to file a timely motion. Nor does the motion show good cause for the requested extension. *See* Fed P. Civ. P. 16(b)(4); LCR 16(b)(6). Defendant provides no authority supporting the

ORDER - 1

proposition that the circumstances surrounding settlement discussions in this matter amount to good cause.

Accordingly, the Court DENIES the motion.

DATED this 7th day of August, 2024.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER - 2