UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONEATHE LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND,<br><br>　　　　　Defendant. | CASE NO. 2:23-cv-01216-JHC<br><br>MINUTE ORDER SETTING STATUS CONFERENCE |

　　　The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

　　　The Court sets a telephonic status conference on Friday, August 16th, 2024, at 9:00 a.m. PST. Parties can access the telephonic conference using the following information:

　　　Phone number: 877-336-1831

　　　Access Code: 9831991 #

　　　/

　　　/

　　　/

MINUTE ORDER SETTING STATUS CONFERENCE - 1

Dated this 8th day of August, 2024.

John H. Chun
United States District Judge