UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONEATHE LEE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND,<br><br>　　　　　　Defendant. | NO. 2:23-cv-01216 JHC<br><br>ORDER |

Pursuant to the stipulated motion filed herein (Dkt. # 18), it is

**ORDERED ADJUDGED AND DECREED** that all claims against defendant Board of Trustees of the Northwest Ironworkers Health and Security Fund are hereby dismissed with prejudice and without attorney's fees or costs to any parties; and

**ORDERED ADJUDGED AND DECREED** that this action is hereby dismissed.

DATED this 22nd day of August, 2024.

_____
JOHN H. CHUN
United States District Judge

ORDER - 1
Cause No. 2:23-cv-01216 JHC